UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                        Case No. 17-20404

    Sandra L Bradley

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/07/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/11/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor      $0.00
    Less amount refunded to debtor      $0.00

**NET RECEIPTS:**      **$0.00**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan      $0.00
    Court Costs      $0.00
    Trustee Expenses & Compensation      $0.00
    Other      $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**      **$0.00**

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HONOR FINANCE | Unsecured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF PARK CITY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DENTAL EXPERTS | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| ALPHA PROPERTY | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 910.00 | NA | NA | 0.00 | 0.00 |
| CHEX SYSTEMS INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 1,899.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 1,334.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER AND GOGGAN | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 5,340.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER AND GOGGAN | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF PARK CITY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF PARK CITY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| LITTLE FORT ELEMENTARY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WELCOME CENTER WAUKEGAN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE HEALTH | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE HEALTH | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| VIREO EMERGENCY PHYSICIAN | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| CONVERGENT OUTSOURCING | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| DENTAL EXPERTS | Unsecured | 780.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| NOTHSHORE UNIVERSITY HEALTH | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| VIREO EMERGENCY PHYSICIAN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| VIREO EMERGENCY PHYSICIAN | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| NOTHSHORE MEDICAL | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE HEALTH | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| NOTHSHORE UNIVERSITY | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| LAKESHORE PATHOLOGIST | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIVERSITY HEALTH | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| CMS PREMIUM COLLECTION UNIT | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| LAKESHORE PATHOLOGISTS | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| LAKESHORE PATHOLOGISTS | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY LOAN | Unsecured | 2,760.00 | NA | NA | 0.00 | 0.00 |
| CLEARVIEW WLEMENTARY | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| ALLKIDS AND FAMILY CARE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| PROACTIV | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WELCOME CENTER WAUKEGAN | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| HOWARD A YEAGER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CIRCUIT COURT | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| FIRST CITIZENS BANK | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/13/2017         By: /s/ Glenn Stearns
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**